Edith May Ashburn, appellant, v. F. W. Woolworth Company, appellee. Gen. No. 39,857.

# 640

Hall, J., dissenting.
Opinion filed June 29, 1938.
Charles C. Spencer, C. C. Ownbey and Arthur L. Ballas, for appellant; Richard M. Spencer, of counsel. Kirkland, Fleming, Green, Martin & Ellis, for appellee; William H. Symmes, David Jacker and John M. O'Connor, Jr., of counsel.
Mr. Presiding Justice Hebel delivered the opinion of the court.